IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,　　　　　　　　　　　No. C 13-3846 WHA (PR)

　　　　Petitioner,　　　　　　　　　　　　**JUDGMENT**

　v.

RANDY GROUNDS,

　　　　Respondent.
　　　　　　　　　　　　　　　　　／

　　　Pursuant to the order of dismissal, judgment is entered in favor of respondent.

　　　**IT IS SO ORDERED.**

Dated: September __24__, 2013.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE